UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAYLA ROBINSON,

    Plaintiff,

v.                            Case No. 8:25-cv-2556-KKM-AAS

GFB RESTAURANTS, LLC,
HEMINGWAYS HOSPITALITY,
LLC, LOUIS GOETZ; BRUNILDA
KHOKA; FLORENCA XHOKA; *and*
GERTI XHOKA

    Defendants.
_____

## **ORDER**

On January 6, 2026, this Court gave parties an extension to submit a Case Management Report no later than January 13, 2026, Doc. 27. On January 14, 2026, the parties submitted a Case Management Report, Doc. 31. The Report states that "[t]he parties conducted the planning conference" in which pro se Defendant Louise Goetz attended "on behalf of herself and Hemingways Hospitality, LLC." *Id.* at 1. A pro se party cannot legally act on behalf of another defendant. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be

represented by counsel . . . The general rule applies even where the person seeking to represent the corporation is its president and major stockholder."). Accordingly, the following is **ORDERED**:

1. The Clerk shall **STRIKE** the (Doc. 31) Report from the Record.

2. To proceed in this action, Defendant Hemingways Hospitality, LLC, must secure counsel. Failure to do so will permit Plaintiff Robinson to move for default.

3. The parties shall file an amended Case Management Report no later than **February 6, 2026**.

4. The Court reminds Lead Counsel of its duties when interacting with unrepresented parties.

    **ORDERED** in Tampa, Florida, on January 16, 2026.

                                                                    Kathryn Kimball Mizelle
                                                                    United States District Judge