UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAYLA ROBINSON,
*on behalf of herself and*
*all others similarly situated,*

      Plaintiffs,

v.                                                          Case No. 8:25-cv-2556-KKM-AAS

GFB RESTAURANTS, LLC,
LOUISE GOETZ, BRUNILDA XHOKA,
FLORENCA XHOKA, *and* GERTI
XHOKA,

      Defendants.
_____

## **ORDER**

For the third time, Plaintiff Shayla Robinson, eight opt-in plaintiffs, and

Co-Defendant Louise Goetz jointly move for court approval of their settlement

agreement. (Doc. 81). The plaintiffs separately move with Co-Defendants GFB

Restaurants, LLC, Brunilda Xhoka, Florenca Xhoka, and Gerti Xhoka for court

approval of their settlement agreement. (Doc. 82). In the motions, the parties

ask the Court to review their settlement of plaintiffs' Fair Labor Standards Act

claims. *See Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d

1350, 1352–53 (11th Cir. 1982). In separate contract settling the plaintiffs' non-

FLSA claims, the plaintiffs provide a general release in exchange for

consideration. *See* (Docs. 81-2, 82-2).

Having reviewed the agreements, (Docs. 81-1, 81-2), the motions, and

the record in this case, the Court finds that the agreements are a fair and reasonable resolution of a bona fide dispute over provisions of the Fair Labor Standards Act. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226–29 (M.D. Fla. 2009).

Accordingly, the following is **ORDERED**:

1.    The Second Renewed Joint Motion for Settlement Approval (Doc. 81) is **GRANTED**.

2.    The Second Renewed Joint Motion for Settlement Approval (Doc. 82) is **GRANTED**.

3.    The Court will retain jurisdiction over this action for the purposes of enforcing the FLSA settlement agreements (Docs. 81-1, 81-2).

2.    This case is **DISMISSED WITH PREJUDICE**.

3.    The Clerk is directed to enter **JUDGMENT**, which shall read: "This case is dismissed with prejudice consistent with the terms of the parties' settlement agreement," **TERMINATE** all pending motions and deadlines, and to **CLOSE** this action.

**ORDERED** in Tampa, Florida, on June 29, 2026.

Kathryn Kimball Mizelle
United States District Judge

2